IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKENYA MANAHAN d/b/a Peyton M. Charles, | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:26-CV-2657-D |
| VS. | § | |
| JANE DOE 1 d/b/a After The Receipts, | § | |
| Defendant. | § | |

**ORDER AND**
**ORDER OF REFERENCE**

Defendant Jane Doe 1's ("Doe's") September 29, 2026 motion to reconsider the September 2, 2026 expedited discovery order and for protective relief is denied.

Pursuant to 28 U.S.C. § 636(b)(1)(A), the court refers to United States Magistrate Judge Brian McKay for determination defendant Doe's alternative motion to quash or modify third-party subpoena. Judge McKay may conduct a hearing if he determines that a hearing is necessary.

This order of reference also prospectively refers all procedural motions (*e.g.*, to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the United States Magistrate Judge's resolution of the referred motion.

**SO ORDERED**.

October 1, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE