IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKENYA MANAHAN d/b/a Peyton M. Charles, Plaintiff, | § § § § | |
| v. | § | No. 3:26-CV-2657-D |
| JANE DOE 1 d/b/a After the Receipts, Defendant. | § § § § | |

**ORDER**

Defendant Jane Doe 1's November 4, 2026 unopposed motion is **GRANTED**. (Dkt. No. 25.) Accordingly, the ex parte motion filed a Dkt. No. 8 is **UNSEALED**.

Defendant's deadline to file a reply in support of the motion to quash or modify subpoena (*see* Dkt. No. 13) is extended until **November 19, 2026**. Defendant's reply may not exceed 20 pages.

**SO ORDERED** on November 5, 2026.

BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE